THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES COTTRELL, Appellant, v FREDERICK RICHARDSON, as Superintendent of Cayuga Correctional Facility, Respondent.—Judgment unanimously affirmed. Memorandum: Because petitioner could have raised the same issues on a direct appeal from his judgment of conviction, Supreme Court properly dismissed his application for a writ of habeas corpus *(see, People ex rel. Douglas v Vincent,* 50 NY2d 901; *People ex rel. Van Patten v Walker,* 174 AD2d 1058, 1058-1059, *lv denied* 78 NY2d 859). (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Green, J. P., Lawton, Boehm, Fallon and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE ROMAN, Appellant, v THOMAS J. HIGGINS, as Sheriff of Erie County, et al, Respondents.—Judgment unanimously affirmed. Memorandum: Petitioner's application for a writ of habeas corpus was properly denied. Because petitioner is not entitled to immediate release from custody, the remedy of habeas corpus is not available *(see, People ex rel. Mendolia v Superintendent,* 47 NY2d 779; *People ex rel. Dell v Walker,* 186 AD2d 1043 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Wolf, Jr., J.—Habeas Corpus.) Present—Green, J. P., Lawton, Boehm, Fallon and Davis, JJ.